PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: Michael Stillwell             Case Number: 3:00-00107-01

Name of Judicial Officer: The Honorable John T. Nixon, Senior U. S. District Judge

Date of Original Sentence: August 13, 2001

Original Offense: 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Methamphetamine

Original Sentence: 120 months' custody; 5 years' supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: September 25, 2009

Assistant U.S. Attorney: To be assigned            Defense Attorney: George M. Allen

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 23rd day of November, 2014,
and made a part of the records in the above case.

_____
Senior U. S. District Judge
John T. Nixon

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place      Columbia, Tennessee

Date       July 9, 2014

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not commit another federal, state, or local crime:**

Michael Stillwell was cited for two counts of Possession or Casual Exchange and Possession without a Prescription by the Nashville Metropolitan Police Department, Nashville, Tennessee, on June 13, 2014. All charges were retired on July 7, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Stillwell is currently employed and resides with his family. His term of supervised release is scheduled to expire September 24, 2014.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Stillwell be continued on supervised release.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer